HAMPTON H. HALSEY, as Administrator with the Will Annexed of MARY A. LINE, Deceased, Respondent, *v.* LUCY F. BROTSCH, Appellant.

*Appeal — unanimous affirmance of judgment — when appeal therefrom, without permission, dismissed.*

*Halsey* v. *Brotsch,* 200 App. Div. 884, appeal dismissed.

(Submitted October 2, 1922; decided October 10, 1922.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 4, 1922, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that an appeal did not lie to the Court of Appeals as matter of right and that permission to appeal had not been obtained.

*Hampton H. Halsey* for motion.

*George D. Forsyth* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

In the Matter of the Claim of MATALENA MANGIERI et al., Respondents, against OLIN J. STEPHENS, INC., et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

(Submitted October 2, 1922; decided October 10, 1922.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 232 N. Y. 596.)

---

In the Matter of the Claim of GRACE KEATOR et al. against ROCK PLASTER MANUFACTURING COMPANY et al., Respondents.

STATE INDUSTRIAL COMMISSION, Appellant.

(Submitted October 2, 1922; decided October 10, 1922.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 224 N. Y. 540.).